UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 25-0952 SB (PVC) Date: August 18, 2026

Title Jorge A Godinez v. Hugo Macias, et al.

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

| Marlene Ramirez | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS: [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THE MAGISTRATE JUDGE SHOULD NOT RECOMMEND THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE**

On February 3, 2025, Plaintiff Jorge A. Godinez, a prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. ("Complaint," Dkt. No. 1).

On August 25, 2025, the Court issued a Memorandum and Order Dismissing Complaint with Leave to Amend due to various pleading defects. (Dkt. No. 7). Plaintiff filed a First Amended Complaint on September 29, 2025. (Dkt. No. 9). On July 10, 2026, the Court issued an Order Dismissing Complaint with Leave to Amend due to further pleading defects. (Dkt. No. 11). This most recent Order set a thirty-day deadline to submit a Second Amended Complaint, meaning that Plaintiff was required to file either an amended complaint or a notice of intention to stand on defective complaint by August 9, 2026. (*Id.* at 8). That deadline has come and passed. In the Order, The Court expressly warned Plaintiff that the failure to file either an amended complaint or a notice of intention to stand on defective complaint by the Court's deadline would result in a recommendation that this action be dismissed with prejudice for failure to prosecute. (*Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. CV 25-0952 SB (PVC) Date: August 18, 2026

Title Jorge A Godinez v. Hugo Macias, et al.

at 11). The deadline has expired and Plaintiff has failed to file either document; nor has he requested an extension of time in which to do so.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **twenty-one (21) days** of the date of this Order, why the Magistrate Judge should not recommend that this action be dismissed with prejudice for failure to prosecute. Plaintiff may discharge this Order by filing either: (1) a First Amended Complaint, curing the deficiencies of the initial Complaint; (2) a Notice of Intention to Stand on Defective Complaint; **or** (3) a declaration under penalty of perjury stating why he is unable to do so.

If Plaintiff no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). **A Notice of Dismissal form is attached for Plaintiff's convenience.** Plaintiff is again warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and obey court orders pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk of the Court is directed to serve a copy of this Order upon Plaintiff at his address of record.

IT IS SO ORDERED.

00:00

**Initials of Preparer** mr