**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JORGE A. GODINEZ,

Plaintiff,

v.

HUGO MACIAS, et al.,

Defendants.

Case No. 2:25-CV-00952-SB-PVC

ORDER ACCEPTING THE UNCHALLENGED RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation (R&R) of the U.S. Magistrate Judge to dismiss this action with prejudice for failure to prosecute and obey court orders. Plaintiff has not filed any Objections to the R&R within the time allowed.

Under 28 U.S.C. § 636(b)(1), a district court must conduct de novo review of a magistrate judge's findings and recommendations only when a party objects. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Absent objections, neither the statute nor the Constitution requires any review. *Id.*; *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). This rule conserves judicial resources and places responsibility on the parties to identify disputed issues rather than

requiring district courts to independently search for errors. *Reyna-Tapia*, 328 F.3d at 1122. The Court therefore accepts the unchallenged findings and recommendation of the magistrate judge.

Accordingly, the case is dismissed with prejudice. It is further ordered that the Clerk serve copies of this Order on Plaintiff.

DATED: October 30, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE