JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JORGE A. GODINEZ,
Plaintiff,
v.
HUGO MACIAS, et al.,
Defendants.

Case No. 2:25-CV-00952-SB-PVC

JUDGMENT

The Court issued an order accepting the unchallenged recommendation of the magistrate judge. Accordingly, it is hereby adjudged that this action is dismissed with prejudice.

DATED: October 30, 2026

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE